DOROTHY AUERBACH, Respondent, *v.* VAN-KELTON AMUSEMENT CORPORATION, Appellant.

*Auerbach v. Van-Kelton Amusement Corpn.*, 186 App. Div. 896, affirmed.

(Argued March 18, 1920; decided April 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, which the complaint alleged had undertaken to furnish the plaintiff with an instructor in skating, who was to give his time and attention to the plaintiff; and that during the course of instruction, he recklessly and negligently abandoned the plaintiff, who was unable to stand upon the ice, and by reason of such negligence upon the part of said instructor the plaintiff fell upon the ice and sustained the injuries complained of.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Sumner B. Stiles* and *Philip J. Dunn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.